# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NORMAN BRAXTON,

        Plaintiff,

v.

STEPHANIE A. AREND,

        Defendant.

CASE NO. C18-5882 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint is **DISMISSED** without prejudice; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

The Clerk is further directed to send copies of this order to Plaintiff and Magistrate Judge Creatura.

Dated this 28th day of June, 2019.

                                                  */s/ Benjamin H. Settle*
                                                BENJAMIN H. SETTLE
                                                United States District Judge